# United States District Court

WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

Cuong Quoc Trang

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: 3:06cr97-V

(Name and Address of Defendant)
Cuong Quoc Trang
c/o Attorney David Ogilvie
1999 Broadway #2415
Denver, CO 80202-5724

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | United States Courthouse<br>401 West Trade Street<br>Charlotte, North Carolina 28202 | Room<br>Magistrate Courtroom |
|---|---|---|
| Before: | , United States Magistrate Judge | Date and Time<br>5/30/06 @ 10:30am |

To answer a(n)

[ ] Indictment   [X] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice

[ ] Probation Violation Petition

Charging you with Title __18__ United States Code, Section(s) _2319 & 371_ and Title __17__ United States Code, Section(s) _506_

Brief description of offense

criminal infringement of a copyright
conspiracy to commit offense

_____
Signature of Issuing Officer

4/26/06 AT CHARLOTTE
Date

FRANK G. JOHNS, Clerk of Court
Name and Title of Issuing Officer