IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 3:06 CR 97-V |
| | ) | |
| CUONG QUOC TRANG | ) | |

### CONSENT TO TRANSFER OF CASE FOR
### PLEA AND SENTENCE
(Under Rule 20)

I, Cuong Quoc Trang, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the District of Colorado in which I reside and to waive venue and trial in the above captioned District.

5/20/2006
Date

Cuong Quoc Trang (Defendant)

David A. Ogilvie (Counsel for Defendant)

APPROVED

GRETCHEN C.F. SHAPPERT
United States Attorney for the
Western District of North Carolina

WILLIAM LEONE
United States Attorney for the
District of Colorado